KUMAGAI LAW GROUP
Duane Kumagai (125063)(dkumagai@klgla.com)
Judy M. Lam (173862)(jlam@klgla.com)
1901 Avenue of the Stars, Suite 1900
Los Angeles, CA 90067
(310) 461-1625

Attorneys for Plaintiff JAKKS PACIFIC INC.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| JAKKS PACIFIC, INC., a Delaware corporation,<br><br>              Plaintiff,<br><br>      vs.<br><br>ACCASVEK LLC, a Texas limited liability company,<br><br>              Defendant. | Case No.: 2:16-cv-01432 (R-AGRx)<br>Honorable Manuel L. Real<br><br>**JUDGMENT<br>IN A CIVIL ACTION** |

Pursuant to the Court's Order Granting Plaintiff's Motion for Default Judgment [Dckt.No. 29], the Court awards judgment in favor of Plaintiff JAKKS Pacific, Inc., and against Defendant Accasvek, LLC, in the total amount of **$678,867.88**, which comprises damages in the principal amount of $675,000, prejudgment interest in the amount of $3,467.88, and costs in the amount of $400.

Dated:  August 8, 2016

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

JUDGMENT IN A CIVIL ACTION